**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7148**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHARLES ELOYS JOHNSON, a/k/a Adam White,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:15-cr-00386-RMG-1)

_____

Submitted:  April 28, 2022                                                Decided:  June 3, 2022

_____

Before GREGORY, Chief Judge, and MOTZ and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Kimberly H. Albro, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Columbia, South Carolina, for Appellant.  M. Rhett Dehart, Acting United States Attorney, Nathan S. Williams, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Eloys Johnson appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying Johnson's motion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (providing standard), *cert. denied*, 142 S. Ct. 383 (2021).  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Johnson*, No. 2:15-cr-00386-RMG-1 (D.S.C. July 19, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*